An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

EMILIA GARCIA,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE JERRY A.
WIESE, DISTRICT JUDGE,
Respondents,
and
JARED AWERBACH, INDIVIDUALLY;
AND ANDREA AWERBACH,
INDIVIDUALLY,
Real Parties in Interest.

No. 69134

FILED

DEC 2 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a district court order denying a motion to disqualify counsel and reassign the case to the original district court department.

Having considered the petition and supporting documents, we conclude that petitioner has not met her burden of demonstrating that this court's intervention is warranted, as the district court did not arbitrarily exercise its discretion in denying petitioner's motion to disqualify. NRS 34.160; *Millen v. Eighth Judicial Dist. Court,* 122 Nev. 1245, 1251, 148 P.3d 694, 698 (2006); *Waid v. Eighth Judicial Dist. Court,* 121 Nev. 605, 609, 119 P.3d 1219, 1222 (2005); *Pan v. Eighth Judicial Dist. Court,* 120 Nev. 222, 228, 88 P.3d 840, 844 (2004). Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-39083

cc: Hon. Jerry A. Wiese, District Judge
Glen Lerner Injury Attorneys
Resnick & Louis, P.C.
Mazzeo Law LLC
Eighth District Court Clerk